EUGENIA MOROGIANIS, Respondent, v TRES, INC., Appellant, et al., Defendants. [644 NYS2d 41]

The record conclusively establishes plaintiff's claim that the scaffold from which plaintiff-construction worker fell lacked the requisite safety devices and that such statutory violation was the proximate cause of his injuries. Accordingly, the mo-

tion court properly granted plaintiff's motion for partial summary judgment on the issue of liability (*Robinson v NAB Constr. Corp.*, 210 AD2d 86). Concur—Rosenberger, J. P., Wallach, Nardelli and Tom, JJ.